# United States Bankruptcy Court
## District of Maryland

In re    **Angelina M. O'Grady**                          Case No.

                                        Debtor(s)                Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,500.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **2,500.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☐ Debtor      ■ Other (specify):    **Balance to be paid through the plan, and payment being made pursuant to paragraph 4 (B) of Appendix F to the Local Bankruptcy Rules.**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Chapter 7 cases only: Negotiations with secured creditors to reduce market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions, pursuant to 11 U.S.C. 522(f)(2)(A) for avoidance of liens on household goods.**

         **For Chapter 13 cases only: Counsel hereby agrees to represent the debtor(s) for the duration of the bankruptcy proceeding. The law firm of Jeffrey M. Sirody & Assoc., P.C. hereby waives the right to withdraw appearance as counsel for the debtor(s), pursuant to Local Rule 9010-5, until this case is closed, or a final order of dismissal has been entered.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Chapter 7 cases only: Representation of the debtor(s) in any discharge actions, judicial lien avoidances, relief from stay actions, or any other adversary proceeding.**

         **Chapter 13 cases: Counsel will only charge additional fees for representation of the debtor(s) in adversary proceedings.**

In re    **Angelina M. O'Grady**                                     Case No. _____
                                Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 20, 2015**                                  **/s/ Jeffrey M. Sirody**
                                                           **Jeffrey M. Sirody**
                                                           **Jeffrey M. Sirody & Assoc., P.A.**
                                                           **1777 Reisterstown Road**
                                                           **Suite 360 E**
                                                           **Baltimore, MD 21208**
                                                           **410-415-0445  Fax: 410-415-0744**
                                                           **smeyers@sirody.com**